JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUNTER,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>FELIPE MARTINEZ, JR.,<br><br>　　　　　　　Respondent. | Case No. 2:20-cv-08317-JAK (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Dismissing Case, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 28, 2020

_____
JOHN A. KRONSTADT
United States District Judge